FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2024

MITCHELL R. ELFERS
CLERK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 24-309 DHU |
| vs. | ) | 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A): Sexual Abuse of a Minor. |
| **DANIEL WASHBURN,** | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

Between on or about February 1, 2019 and on or about February 28, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **DANIEL WASHBURN**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who attained the age of 12 years, but had not attained the age of 16 years, and Jane Doe is at least four years younger than the Defendant, and the sexual act consisted of contact between the penis of the Defendant and the vulva of Jane Doe, involving penetration, however slight, of Jane Doe's vulva.

In violation of 18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney