AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  CR 24-308 DHU |
| DANIEL WASHBURN | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DANIEL WASHBURN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A): Sexual Abuse of a Minor

Date: 03/12/2024

*N. Maestas*
Issuing officer's signature

City and state:  Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* 3/13/24, and the person was arrested on *(date)* 3/27/2024
at *(city and state)* Newcomb, NM

Date: 3/27/2024

*Jefferson Joe*
Arresting officer's signature

Jefferson Joe, Senior Criminal Investigator
Printed name and title